THE STATE, EX REL. BOARD OF COUNTY COMMISSIONERS OF CUYAHOGA CO. ET AL., APPELLANTS, *v.* JUVENILE DIVISION OF THE COURT OF COMMON PLEAS OF CUYAHOGA COUNTY ET AL., APPELLEES.

(No. 77-992—Decided April 26, 1978.)

*Mr. John T. Corrigan,* prosecuting attorney, *Mr. Thomas P. Gill* and *Mr. Daniel J. Ryan,* for appellants.

*Messrs. Vanik, Monroe, Zucco. Klein & Scanlon, Mr. William T. Monroe* and *Mr. Gary S. Okin,* for appellee.

*Per Curiam.* In *State, ex rel. Edwards,* v *Murray* (1976), 48 Ohio St. 2d 303, a decision closely paralleling the instant cause, this court stated, at page 304;

"The remedy by appeal is adequate, for if error were to intervene or discretion be abused, stays of a questionable order may be granted."

114

The Court of Common Pleas has jurisdiction to proceed in the contempt action.

Therefore, the judgment of the Court of Appeals is affirmed.

*Judgment affirmed.*

O'NEILL, C. J., HERBERT, CELEBREZZE, W. BROWN, P. BROWN, SWEENEY and LOCHER, JJ., concur.